IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 4:21-cr-18 |
| | ) |
| JAMES D. HARVEY, | ) 18 U.S.C. § 401 |
| | ) (Criminal Contempt) |
| Defendant. | ) |

## CRIMINAL INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 14, 2018, in the Eastern District of Virginia, the Defendant, JAMES D. HARVEY, did willfully and knowingly commit an act of misbehavior in the presence of the Grand Jury empaneled in the Newport News Division of the Eastern District of Virginia, convened upon the Order of and acting under the supervision of the United States District Court for the Eastern District of Virginia, and did commit such act so near to said Grand Jury and said Court as to obstruct the administration of justice, by falsely testifying "No" when asked whether the subjects of an investigation pending before the Grand Jury were aware that products HARVEY sourced for Delivery Order 6 of a contract with the United States Marine Corps came from China.

(In violation of Title 18, United States Code, Section 401(1).)

Respectfully Submitted,

Raj Parekh
Acting United States Attorney

By: /s/

Brian J. Samuels
D. Mack Coleman
Assistant United States Attorneys

Matthew P. Mattis
Special Assistant United States Attorney

Eastern District of Virginia
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Office:  (757) 591-4000
Fax:     (757) 591-0866
mack.coleman@usdoj.gov
brian.samuels@usdoj.gov
matthew.mattis2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, I submitted the foregoing to the Clerk of Court to be filed. I will send a notification of such filing to counsel of record for James D. Harvey.

Laura C. Marshall
Ann E. Hancock
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8200
lmarshall@HuntonAK.com
hancocka@HuntonAK.com

By: _____
Brian J. Samuels
D. Mack Coleman
Assistant United States Attorneys

Matthew P. Mattis
Special Assistant United States Attorney

Eastern District of Virginia
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Office:  (757) 591-4000
Fax:     (757) 591-0866
mack.coleman@usdoj.gov
brian.samuels@usdoj.gov
matthew.mattis2@usdoj.gov